# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHRISTOPHER FLANAGAN, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 08-12116 NMG |
| | ) | |
| GLOBAL CREDIT AND COLLECTION | ) | |
| CORPORATION, | ) | |
| | ) | |
| *Defendant.* | ) | |

### STIPULATION OF DISMISSAL

The parties hereby stipulate that the above action be dismissed with prejudice, without costs to any party, and with all rights of appeal waived.

Respectfully Submitted,

Plaintiff,
By his attorney,

Sergei Lemberg (BBO# 650671)
LEMBERG & ASSOCIATES, LLC
1100 Summer Street, 3rd Floor
Stamford, CT  06905
(203) 653-2250
slemberg@lemberglaw.com

Defendant,
By its attorney,

Kathryn E. Pieczarka (BBO# 658785)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990
kpieczarka@lawson-weitzen.com